AO 91 (Rev. 08/09) Criminal Complaint

HH/EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Phillip HEINTZ<br>6116 Myron Street<br>Columbus, OH 43213<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:21-mj-121<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2020 to December 2020__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(d)(1)(A) | Advertising for visual depictions of minors engaged in sexually explicit conduct, in interstate commerce. |
| 18 U.S.C. 2252(a)(2) | Receipt of visual depictions of minors engaged in sexually explicit conduct, in interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brett M. Peachey, TFO FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 24, 2021

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the Matter of the Criminal Complaint:**

**Daniel Phillip HEINTZ**
**6116 Myron Street**
**Columbus, OH 43213**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brett M. Peachey, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), Columbus Resident Agency, being first duly sworn, hereby depose and state as follows:

1. I, TFO Brett Peachey (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2251(d)(1)(A) and 2252(a)(2) – Advertising for and Receipt and Possession of Child Pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Daniel P. HEINTZ committed the violations listed above.

2. Your affiant has been employed as a police officer for the Westerville Police Department since December of 1995. Since March of 2008, your affiant has been assigned to the Child Exploitation and Human Trafficking Task Force of the Federal Bureau of Investigation, Cincinnati Division, Columbus Resident Agency, conducting online child enticement and child pornography investigations. Your affiant is also a member of the Franklin County Internet Crimes Against Children Task Force in Columbus, Ohio investigating similar crimes. Your affiant has gained experience through a Bachelor of Arts Degree in Criminology and has received specialized training in the area of internet crimes involving child exploitation, child pornography investigations and computer forensics. Your affiant has been involved in hundreds of investigations involving internet crimes against children,

resulting in dozens of felony arrests and convictions. As a Task Force Officer with the FBI, your affiant is authorized to investigate violations of the laws of the United States under the authority of the United States.

3. In connection with my duties as an FBI TFO, your affiant received information that on August 28, 2020, a subject was arrested by the FBI in Illinois. The Illinois subject was arrested for attempted enticement of a minor, based on the subject's communications with and attempts to meet and engage in sexual activity with an undercover investigator posing as a 15-year-old female. The subject subsequently gave consent for investigators to assume his online identity for his Kik messaging account.

4. A review by FBI Illinois agents of the Illinois subject's previous Kik messages in his account revealed a conversation between the subject and an individual utilizing the Kik user name "hooah99," later identified as Daniel P. HEINTZ. In the conversations, which occurred in mid-August 2020, the Illinois subject and HEINTZ discussed their mutual sexual interest in children, and the possibility of HEINTZ taking a nude photo of an identified minor female (hereinafter Minor Victim) to send to the Illinois subject. They also exchanged images of themselves and files of pornography, including child pornography. The following is an excerpt of the conversations between the Illinois subject and HEINTZ on August 9, 2020 in which they discussed Minor Victim:

| | |
|---|---|
| HEINTZ: | I masturbated into a pair of her panties last night |
| Illinois Subject: | I want to see her pussy u ever see her naked |
| HEINTZ: | Occasionally. Not as much as I used to |
| Illinois Subject: | U ever take pictures |
| HEINTZ: | I'm gonna have to. Maybe while she's sleeping. |
| HEINTZ: | I've jerked off in her sleep before |
| Illinois Subject: | I want to watch that |
| HEINTZ: | You have anything else |
| HEINTZ: | I'd let you jerk of [sic] on her too. That could be fun. |
| HEINTZ: | Fuck I'm so horny |
| Illinois Subject: | Me to I want to lick [Minor Victim's] pussy |
| HEINTZ: | I'd love to watch you |
| HEINTZ: | I'd jerk off while you did |
| Illinois Subject: | Where are you from just asking |
| HEINTZ: | Ohio |
| HEINTZ: | You? |

2

| | |
|---|---|
| HEINTZ: | Any more videos? I'm jerking off. What else you wanna do to [Minor Victim]. Tell me everything. |
| Illinois Subject: | Fuck her till she can walk straight |
| HEINTZ: | Tell me about it. |
| Illinois Subject: | I'd rather show you |
| HEINTZ: | Help me cum |
| HEINTZ: | Any more videos? Or pictures |

The Illinois subject then sent a photo of a female, approximately 13 to 14 years old, nude from the waist up.

| | |
|---|---|
| HEINTZ: | I love her tits |
| HEINTZ: | I wanna cum on them |

HEINTZ then sent a photo of a female, approximately 12 years of age, in a bathing suit on a beach.

| | |
|---|---|
| Illinois Subject: | Is that [Minor Victim] |
| HEINTZ: | Yes |
| Illinois Subject: | Love her pussy very flexible |

5. The conversation between the Illinois subject and HEINTZ continued over the next several days, during which the Illinois subject repeatedly requested photos of [Minor Victim] and HEINTZ requested files of child pornography from the subject. During a conversation between the Illinois subject and HEINTZ on August 12, 2020, HEINTZ sent the Illinois subject a photo of a clothed female, approximately 12 to 13 years of age, smiling and seated on the floor. The photo appeared to depict the same female that HEINTZ sent a photo of to the Illinois subject on August 9, 2020, which HEINTZ indicated was [Minor Victim]. During this same conversation, HEINTZ also discussed that he was the father of several children.

6. The following day, the Illinois subject and HEINTZ resumed their conversations, during which HEINTZ indicated to the Illinois subject that HEINTZ would "love to watch [the Illinois subject] rape" one of HEINTZ's children. HEINTZ subsequently requested something from the Illinois subject to "beat off too." HEINTZ received from the Illinois subject a video depicting a nude female, approximately 13 to 15 years of age, masturbating and inserting an object in her anus. The female had some pubic hair but very minimal breast development. The Illinois subject then sent another video to HEINTZ depicting a nude

female, approximately 13 to 15 years of age, masturbating with a hairbrush. The female did not have any pubic hair and very minimal breast development. In response to the receiving the second video, the following conversation between HEINTZ and the Illinois subject ensued:

| | |
|---|---|
| HEINTZ: | I wanna fuck that little girl's pussy |
| HEINTZ: | Taste it |
| Illinois Subject: | What time do you think u will take the video and pics [of Minor Victim] |
| HEINTZ: | Whenever she goes to bed |
| HEINTZ: | I will take it for you |
| HEINTZ: | I want to make you happy |
| HEINTZ: | Please send some more. Any little boys? |
| Illinois Subject: | Thanks |
| HEINTZ: | I'm close to cumming |
| HEINTZ: | Please |

7. Further information provided to your affiant by SA Kurt Bendoraitis of the Springfield, IL office of the FBI stated that an undercover investigator messaged HEINTZ while assuming and utilizing the Illinois subject's Kik account on December 31, 2020. In that conversation, the undercover agent asked HEINTZ if he had ejaculated on Minor Victim. HEINTZ replied that he did while Minor Victim was sleeping and took a photo of it but did not save it because he was worried due to the fact that his wife found a video of bestiality on his phone a month earlier.

8. On January 2, 2021, Kik responded to an emergency disclosure request for account information for "hooh99" with the following information:

| | |
|---|---|
| Email Address: | bigdan57@aol.com |
| Model Phone: | Iphone |
| Registration Date: | June 13, 2018 at 14:12:07 UTC |
| IP Adddress: | 23.125.33.29 on December 31, 2020 at 17:04 UTC and January 1, 2021 at 16:23:42 UTC |

9. IP address 23.125.33.29 is resolved to AT&T. An administrative subpoena was served on AT&T requesting subscriber information for IP address 23.125.33.29 for the two above

4

dates. AT&T responded with the following information indicating that the subscriber of the IP address on the relevant dates was a female who was later associated with HEINTZ at an address in Columbus, Ohio, and the billing email address was danielheintz@att.net.

10. Open source database checks were conducted for the Columbus, Ohio address reported by AT&T, which revealed that a Daniel HEINTZ resided at that address. A search of the Ohio Law Enforcement Gateway (OHLEG) further revealed that Daniel HEINTZ had a valid drive license with the same address. In addition, a review of Daniel HEINTZ's most recent OHLEG photo revealed that he is the same person depicted in a photo that was sent from the "hooh99" Kik account to the Illinois subject during a conversation on August 8, 2020. Further information obtained from open source searches revealed images that depicted HEINTZ with Minor Victim.

11. On February 10, 2021, search warrants for HEINTZ's person and residence were obtained and executed the following day. The search warrant for HEINTZ' person was executed at the Franklin County Correctional Center located at 370 S. Front Street where HEINTZ was working. HEINTZ's Apple iPhone was recovered from his person. On scene, after being advised of his Miranda Rights, HEINTZ admitted to previously being a user on the Kik application and also admitted to utilizing the username "hooah99" in the past. However, HEINTZ denied any knowledge of the online conversation with the Illinois Subject.

12. During the execution of the search warrants at the HEINTZ's residence, several additional pieces of digital media including an Apple iPad and Mac laptop were also seized.

13. A forensic extraction of the Apple iPhone recovered from HEINTZ' person was completed by the Columbus Police Department on or about February 22, 2021, and your affiant began to review that extraction on the following day. A partial evaluation of the contents of HEINTZ's iPhone that your affiant has conducted to date has yielded tens of thousands of images. Your affiant identified several hundred thumbnail images, some of which appeared to be from videos that had at one time been present or viewed on the phone, which depicted prepubescent males and females, some as young as toddler age, engaged in nudity, oral sex,

anal sex, masturbation, and other sexual activity with other children and adults. Review of the forensic extraction, as well as other investigation of HEINTZ's online activity remains ongoing.

14. Based upon the above information, your affiant submits that there is probable cause to believe that Daniel Phillip HEINTZ has committed the offenses of Advertising for and Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and 2251(d)(1)(A). Therefore, your affiant respectfully requests this Court issue a criminal complaint and arrest warrant.

Brett M. Peachey
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 24th day of February, 2021.

Kimberly A. Jolson
United States Magistrate Judge