United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs- Case No. 2:21-mj-121

Daniel Phillip Heintz

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   February 24, 2021 @ 2:15 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Heather Hill |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Steve Nolder |
| Interpreter | | Pretrial/Probation: | Leticia Vazquez-Villa |
| Log In | 2:13 p.m. | Log Out | 2:20 p.m. |

Defendant consents to appear via videoconference.

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government seeks detention.

Preliminary Exam set for 3/10/21 @ 2:00 p.m.

Detention Hearing set for 2/26/21 @ 10:00 a.m.

Defendant remanded to USMS.