# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:21-mj-121 |
| DANIEL PHILLIP HEINTZ, | : | Magistrate Judge Kimberly A. Jolson |
| Defendant. | : | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 21-05, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing to conduct the Initial Appearance held today.

Accordingly, the proceeding held on this date may be conducted by:

**X**  video teleconference

\_\_\_\_  teleconference, because video teleconferencing is not reasonably available for the following reasons:

   \_\_\_\_  that the defendant is detained at a facility that is lacking video teleconferencing capability.

   \_\_\_\_  other.

**IT IS SO ORDERED.**

        *s/Kimberly A. Jolson*
**Kimberly A. Jolson**
**United States Magistrate Judge**

**DATED:  February 24, 2021**

1