AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>__Daniel P. Heintz__<br>Defendant | )<br>)<br>) Case No. 2:21-mj-121<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __3-1-21__

__Daniel P. Heintz__ (Pen Authority given to Steven S. Nolder 3-1-21)
*Defendant's signature*

__(37795)__
*Signature of defendant's attorney*

__Steven S. Nolder__
*Printed name and bar number of defendant's attorney*

__65 E. State Street, Suite 200, Cols. Ohio 43215__
*Address of defendant's attorney*

__snolder9@gmail.com__
*E-mail address of defendant's attorney*

__614-221-9790__
*Telephone number of defendant's attorney*

__614-358-3598__
*FAX number of defendant's attorney*