# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No: 2:21-MJ-121 |
| | : | |
| v. | : | |
| | : | |
| DANIEL P. HEINTZ | : | MAGISTRATE JUDGE JOLSON |

### ORDER

Having read and considered the parties' Joint Motion for an Extension of the Time Period for Filing Indictment or Information, the Court hereby **GRANTS** the motion. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds, after considering the factors set forth in § 3161(h)(7)(B), that the ends of justice served by granting the motion outweigh the best interest of the public and Defendant in a speedy indictment or information, and trial.

The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the defendant and/or the attorney for the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice with respect to allowing the parties to consider a possible pre-indictment resolution of this matter.

Accordingly, the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment or information relative to the current charges in this matter, is extended for a period of 30 days, up to and including May 11, 2021. The time period from the date when an indictment or information originally must have been filed, namely, March 26, 2021, up to and including May 11, 2021, shall, in addition to any other excludable time, be

excluded in computing the time within which an indictment or information relative to the charge(s) in this matter must be filed.

Date: <u>March 10, 2021</u>     <u>s/Kimberly A. Jolson</u>
                                KIMBERLY A. JOLSON
                                UNITED STATES MAGISTRATE JUDGE